# Order

Michigan Supreme Court
Lansing, Michigan

December 1, 2010

139725

MARIA C. ABAY, Personal Representative of the
Estate of MIRA E. ABAY,
        Plaintiff/Counter-Defendant-
        Appellant,

v

DAIMLERCHRYSLER INSURANCE
COMPANY,
        Defendant/Counter-Plaintiff/Cross-
        Plaintiff/Third-Party-Appellee,
and

DAIMLERCHRYSLER CORPORATION, a/k/a
CHRYSLER LLC,
        Defendant-Appellee,
and

JAMES E. TRENT and KELLY ROSE BROOKS,
        Defendants/Cross-Defendants,
and

AUTO CLUB GROUP INSURANCE
COMPANY, d/b/a AAA MICHIGAN, and
ALVIN JEROME TAYLOR,
        Third-Parties.
_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 139725
COA: 283624
Oakland CC: 2006-075016-CK

On order of the Court, leave to appeal having been granted and the briefs and oral arguments of the parties having been considered by the Court, we VACATE our order of March 24, 2010. The application for leave to appeal the August 13, 2009 judgment of the Court of Appeals is DENIED, because we are no longer persuaded that the questions presented should be reviewed by this Court.

KELLY, C.J., and DAVIS, J., would reverse the Court of Appeals decision for the reasons stated in the Court of Appeals dissenting opinion.

HATHAWAY, J., would reverse the judgment of the Court of Appeals.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 1, 2010

Clerk

1123